■ ALUMILINE CORPORATION, Appellant, v BIANCO & PEP'E, INC., Respondent.—Order of the Supreme Court, Nassau County, dated October 31, 1978, affirmed insofar as appealed from, with $50 costs and disbursements. (See *Brac Constr. Corp. v Di-Com Corp.,* 51 AD2d 740.) Hopkins, J. P., Titone, Margett and Mangano, JJ., concur.